UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-20217-KING/McALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERT HALL,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court is the Defendant's Motion to Suppress Statements [DE 15], referred to me by the Honorable James Lawrence King [DE 16]. I have reviewed Defendant's motion, the government's response, and applicable law. On May 25, 2011, I held an evidentiary hearing, and heard testimony and oral argument from the parties.

Defendant contends that he was not given his *Miranda*[1] warnings until after he was questioned and made statements to police, and that his waiver of *Miranda* rights was not knowing, voluntary, and intelligent. At the conclusion of the hearing, in open court, the undersigned made findings of fact and conclusions of law. In particular, the Court found that the government had met its burden to show that the Defendant was given his *Miranda* rights before he made statements to police, and that the Defendant made a knowing, voluntary, and intelligent waiver of his *Miranda* rights. The Court stated its reasons for reaching those

---

[1] *Miranda v. Arizona*, 384 U.S. 436 (1966).

conclusions and those reasons are hereby incorporated into this Report and Recommendation. Accordingly, for the reasons stated on the record at the conclusion of the suppression hearing, this Court respectfully RECOMMENDS that:

1. The Defendant's Motion to Suppress [DE 16] be DENIED.

2. Because trial is set to begin on June 20, 2011, an abbreviated schedule for objections and responses was established and agreed to by the parties at the hearing, as follows:

   a. The parties agreed to immediately order the transcript of the suppression hearing and to file it with the court no later than June 2, 2011.

   b. No later than June 2, 2011, Defendant shall file his objections to this Report and Recommendation;

   c. No later than June 7, 2011, the government shall file its response to Defendant's objections.

RESPECTFULLY SUBMITTED in chambers at Miami, Florida, this 25th day of May, 2011.

                                                    */s/ Chris McAliley*
                                                    CHRIS MCALILEY
                                                    UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable James Lawrence King
counsel of record