UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20217-CR-KING

UNITED STATES OF AMERICA,

v.

ALBERT HALL,

    Defendant.
_____/

## ORDER OVERRULING OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS

THIS CAUSE comes before the Court upon Defendant's Objections (DE #26) to Magistrate Judge Chris M. McAliley's Report and Recommendation (DE #25), entered May 25, 2011. Magistrate Judge McAliley held an evidentiary hearing on May 25, 2011 and, after due consideration, concluded that the Government had satisfied its burden in showing that 1) it provided Defendant with his *Miranda* warnings prior to being questioned by the police; and 2) Defendant had knowingly, voluntarily, and intelligently waived his *Miranda* rights. Accordingly, Magistrate Judge McAliley recommended that Defendant's Motion to Suppress (DE #16) be denied. Now, Defendant objects to that determination, contending that the timeline for the administration of the *Miranda* warnings in this case is unclear and therefore undercuts Magistrate Judge McAliley's finding that the *Miranda* warnings were issued prior to Defendant being questioned by the police.[1]

Upon consideration of the Report and Recommendation and the parties' subsequent filings, the Court finds that Defendant's objections to Magistrate Judge McAliley's determination must be overruled. The Court concludes that the Report and Recommendation is a thorough and

---

[1] The Government filed its Response (DE #27) to Defendant's Objections on June 6, 2011.

accurate reflection of both the record and the law at issue. Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that:

1. Magistrate Judge McAliley's Report and Recommendation (DE #25) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Defendant's Motion to Suppress (DE #16) is **DENIED**, and his Objections (DE #26) are **OVERRULED**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 10th day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:

**Magistrate Judge Chris M. McAliley**

**Counsel for Government**
**Timothy Michael Moore**
U.S. Attorney's Office, Southern District of Florida
Special Prosecutions
99 N.E. 4th Street
Miami, FL 33132
3059619001
Fax: 3055364676
Email: Timothy.Moore4@usdoj.gov

**Counsel for Defendant**
**Stewart Glenn Abrams**
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-536-6900
Fax: 530-7120
Email: Stewart_Abrams@fd.org